# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

130983

ROBERT HOLLINS, a Minor, by
his Next Friend and Mother,
Patricia Hollins, and Patricia
Hollins, Individually,
　　　　　Plaintiff-Appellant,

v

SINAI-GRACE HOSPITAL,
DR. BRENDA SNOWMAN, and
DR. ELMERTHA BURTON,
　　　　　Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130983
COA: 257682
Wayne CC: 03-335479-NH

_____/

　　　On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　CAVANAGH and KELLY, JJ., would grant leave to appeal.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk